CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| Plaintiff, | ) Case No. 7:09CV00325 |
| v. | ) FINAL ORDER |
| A. COLEMAN, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. Plaintiff's motions to amend (Dkt. No. 8, 13 and 16) are **GRANTED** and his complaint is amended as stated in these motions to raise additional claims and to add the following new defendants: Warden Tracy Ray, Lt. McCoy, Officer Gumm, and Officer Ring;

2. For the reasons stated, plaintiff's civil rights complaint as amended is hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim;

3. Plaintiff's motion for immediate dental treatment (Dkt. No. 11), which the court construes as a motion for interlocutory injunctive relief, is **DENIED**;

4. Plaintiff's motion (Dkt. No. 14) to require the defendant to send the bloody spit mask to the court as evidence is **DENIED**; and

5. This action is stricken from the active docket of the court.

ENTER: This 24th day of September, 2009.

*/s/ Glen E. Conrad*
United States District Judge